# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

RICKEY LEE UPSHAW,

    Plaintiff,

v.

JESSICA HOWARD; OFFICER HILL; OFFICER TERRY JONES; PAUL HOWARD; and CO II MR. HOWARD,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-122

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 13). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** without prejudice the above-captioned case as a sanction, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 18th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA