# United States District Court
## Southern District of Georgia

RICKEY LEE UPSHAW,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-122

JESSICA HOWARD; OFFICER HILL;
OFFICER TERRY JONES; PAUL HOWARD;
and CO II MR. HOWARD,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered on Mach 18, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is hereby entered dismissing this case without prejudice and denying Plaintiff leave to appeal in forma paupers. This action stands closed.

Approved by: _____

March 24, 2020                          Scott L. Poff
*Date*                                                                    *Clerk*

*(By) Deputy Clerk*